| | |
|---|---|
| 1 | PETER C. PAPPAS #080502 |
| 2 | Pappas & Pappas-Rajotte LLP |
| | 3105 Lone Tree Way, Suite A |
| 3 | Antioch, CA 94509 |
| | (925) 754-0772 office |
| 4 | (925) 754-7183 facsimile |

Attorney for Debtor
CHRISTEN ANNE SCHREPEL

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 14-42295 |
| | ) | Chapter 13 |
| | ) | |
| | ) | **DEBTOR'S OPPOSITION TO** |
| CHRISTEN ANNE SCHREPEL, | ) | **TRUSTEE'S MOTION TO DISMISS FOR** |
| | ) | **FAILURE TO MAKE PLAN PAYMENTS** |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

  Comes now Debtor, CHRISTEN ANNE SCHREPEL, who opposes the Trustee's Motion to dismiss for failure to make Plan payments filed on July 8, 2014. Debtor encloses herewith copies of the money orders submitted to the Trustee's payment center in Memphis, Tennessee marked as Exhibit "A" attached herewith and made a part hereof.

  I have personal knowledge of the above facts, and if called upon to testify I could do so competently. I make this declaration under penalty of perjury pursuant to the laws of the State of California executed this 7th day of August, 2014 at Antioch, California.

Dated: August 7, 2014          /s/ Christen Anne Schrepel
                     CHRISTEN ANNE SCHREPEL
                     Debtor